CLOSED

# U.S. District Court
## Western District of Kentucky (Louisville)
## CIVIL DOCKET FOR CASE #: 3:06-cv-00625-JBC

| | |
|---|---|
| Ice Cream Distributors of Evansville, LLC v. Edy's Grand Ice Cream, Inc. | Date Filed: 12/06/2006 |
| Assigned to: Judge Jennifer B. Coffman | Date Terminated: 09/28/2007 |
| Demand: $75,000 | Jury Demand: Defendant |
| Case in other court: Oldham Circuit Court, 06-CI-00831 | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1332 Diversity-Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**Ice Cream Distributors of Evansville, LLC**   represented by   **Jan M. West**
Goldberg & Simpson, PSC
9301 Dayflower Street
Louisville, KY 40059
502-589-4440
Fax: 502-581-1344
Email: jwest@goldbergsimpson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Calabrese**
Stoll Keenon Ogden PLLC
500 W. Jefferson Street
2000 PNC Plaza
Louisville, KY 40202
502-333-6000
Fax: 502-333-6099
Email: jeff.calabrese@skofirm.com
*TERMINATED: 07/06/2007*
*LEAD ATTORNEY*

**Jonathan D. Goldberg**
Goldberg & Simpson, PSC
9301 Dayflower Street
Louisville, KY 40059
502-589-4440
Fax: 502-581-1344
Email: jgoldberg@goldbergsimpson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin P. Brown**
Rieck & Crotty, P.C.

        55 W. Monroe Street
        Suite 3390
        Chicago, IL 60603
        312-726-4646
        Fax: 312-726-0647
        Email: kbrown@rieckcrotty.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Thomas M. Williams**
        Stoll Keenon Ogden PLLC
        500 W. Jefferson Street
        2000 PNC Plaza
        Louisville, KY 40202
        502-560-4279
        Fax: 502-627-8779
        Email: tom.williams@skofirm.com
        *TERMINATED: 07/06/2007*
        *LEAD ATTORNEY*

V.

**Defendant**

| | | |
|---|---|---|
| **Edy's Grand Ice Cream, Inc.** | represented by | **Bart L. Greenwald**<br>Frost Brown Todd LLC<br>400 W. Market Street<br>32nd Floor<br>Louisville, KY 40202<br>502-568-0318<br>Fax: 502-581-1087<br>Email: bgreenwald@fbtlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Denise H. McClelland**<br>Frost Brown Todd LLC<br>250 W. Main Street<br>2700 Lexington Financial Center<br>Lexington, KY 40507-1749<br>859-231-0000<br>Fax: 859-231-0011<br>Email: dmcclelland@fbtlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter M. Cummins**<br>Frost Brown Todd LLC<br>400 W. Market Street<br>32nd Floor<br>Louisville, KY 40202 |

502-589-5400  
Fax: 502-581-1087  
Email: pcummins@fbtlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2006 | 1 | NOTICE OF REMOVAL by Edy's Grand Ice Cream, Inc. from Oldham Circuit Court, case number 06-CI-00831 filed by Edy's Grand Ice Cream, Inc. (Filing fee of $350 paid, receipt #06-CI-00831) (Attachments: #(1) Summons Complaint #(2)Agreed Order #(3)Civil Cover Sheet)(RLK) (Entered: 12/08/2006) |
| 12/07/2006 | 2 | Case Assignment (Random Selection): Case Assigned to Judge Jennifer B. Coffman. Magistrate designation: Magistrate Judge Dave Whalin. (RLK) (Entered: 12/08/2006) |
| 12/08/2006 | 3 | NOTICE to counsel and Oldham Circuit Court of removal to USDC WDKY. (RLK) (Entered: 12/08/2006) |
| 12/26/2006 | 4 | ORDER by Judge Jennifer B. Coffman on 12/22/06; within 10 days from the date of entry of this order the plaintiff shall file a response to defendant's allegation to the identity and the residence of the members of ICD. The plaintiff may also respond to the defendant's argument in support of diversity of citizenship.cc:Counsel(JBM) (Entered: 12/26/2006) |
| 01/04/2007 | 5 | RESPONSE to re 4 Order to Show Cause, by Ice Cream Distributors of Evansville, LLC. (Calabrese, Jeffrey) (Entered: 01/04/2007) |
| 01/05/2007 | 6 | Proposed Agreed Order/Stipulation. by The parties (Greenwald, Bart) Modified filers on 1/8/2007 (JBM). (Entered: 01/05/2007) |
| 01/10/2007 | 7 | MOTION to Enforce Forum Selection and Arbitration Clauses by Edy's Grand Ice Cream, Inc.. Responses due by 1/29/2007 (Attachments: # 1 Memorandum in Support # 2 Proposed Order # 3 Exhibit 1a - Affidavit M. Hagan# 4 Exhibit 1b - Affidavit M. Hagan# 5 Exhibit 2 - Asset Purchase Agreement# 6 Exhibit 3 - Case Load# 7 Exhibit 4a - Petition# 8 Exhibit 4b - Petition# 9 Exhibit 4c - Petition# 10 Exhibit 4d - Petition# 11 Exhibit 4e - Petition)(Greenwald, Bart) (Entered: 01/10/2007) |
| 01/10/2007 | 8 | CORPORATE DISCLOSURE STATEMENT by Edy's Grand Ice Cream, Inc.. (Greenwald, Bart) (Entered: 01/10/2007) |
| 01/16/2007 | 9 | AGREED ORDER by Judge Jennifer B. Coffman on 1/16/07;, Edy's Grand Ice Cream, Inc. answer due 1/10/2007cc:Counsel(JBM) (Entered: 01/16/2007) |
| 01/29/2007 | 10 | Proposed Agreed Order/Stipulation *re Extension to File Response*. by Ice Cream Distributors of Evansville, LLC, Edy's Grand Ice Cream, Inc.. (Greenwald, Bart) (Entered: 01/29/2007) |

| | | |
|---|---|---|
| 01/31/2007 | 11 | ORDER by Judge Jennifer B. Coffman on 1/31/07; re: 7 MOTION to Enforce Forum Selection and Arbitration Clauses: Responses due by 2/14/2007 Replies due by 3/12/2007.cc:Counsel(JBM) (Entered: 01/31/2007) |
| 02/12/2007 | 12 | Proposed Agreed Order/Stipulation. by Ice Cream Distributors of Evansville, LLC. (Calabrese, Jeffrey) (Entered: 02/12/2007) |
| 02/14/2007 | 13 | AGREED ORDER by Judge Jennifer B. Coffman on 2/14/07; re: 7 MOTION to Enforce Forum Selection and Arbitration Clauses: Responses due by 2/28/2007 Replies due by 3/26/2007.cc:Counsel(JBM) (Entered: 02/14/2007) |
| 03/02/2007 | 14 | STIPULATION / *JOINT MOTION TO HOLD PROCEEDINGS IN ABEYANCE PENDING MEDIATION* by Ice Cream Distributors of Evansville, LLC, Edy's Grand Ice Cream, Inc.. (Greenwald, Bart) (Entered: 03/02/2007) |
| 03/12/2007 | 15 | ORDER by Judge Jennifer B. Coffman on 3/12/07; Proceedings are held in abeyance pending mediation.cc:Counsel(JBM) (Entered: 03/12/2007) |
| 05/21/2007 | 16 | Amended MOTION re 7 MOTION to Enforce Forum Selection and Arbitration Clauses by Edy's Grand Ice Cream, Inc.. Responses due by 6/8/2007 (Attachments: # 1 Memorandum in Support # 2 Exhibit 1 - Affidavit of M. Hagan# 3 Exhibit 1A - Distributor Agreement# 4 Exhibit 1B - Standard Distributer Agreement# 5 Exhibit 1C - E-mail to M. Hagan# 6 Exhibit 2 - Asset Purchase Agreement# 7 Exhibit 3 - USDC Caseload Profile# 8 Exhibit 4 - Amended Petition to Compel Arbitration# 9 Exhibit 4A - Distributor Agreement# 10 Exhibit 4B - Asset Purchase Agreement# 11 Exhibit 5 - Unpublished Opinion# 12 Proposed Order) (McClelland, Denise) (Entered: 05/21/2007) |
| 05/21/2007 | 17 | Unopposed MOTION re 14 Stipulation by Edy's Grand Ice Cream, Inc.. Responses due by 6/8/2007 (Attachments: # 1 Proposed Order) (McClelland, Denise) (Entered: 05/21/2007) |
| 05/25/2007 | 18 | ORDER LIFTING STAY by Judge Jennifer B. Coffman on 5/24/07; granting 17 Motion to lift Stay. Within 15 days, parties are to submit proposed scheduling order re: Defendant's previously filed motion to Enforce Forum Section and Arbitration Clauses. cc:Counsel(JBM) (Entered: 05/25/2007) |
| 06/06/2007 | 19 | MOTION to Substitute Attorney *for Plaintiff* by Ice Cream Distributors of Evansville, LLC. Responses due by 6/25/2007 (Attachments: # 1 Proposed Order for Substitution of Counsel)(West, Jan) (Entered: 06/06/2007) |
| 06/06/2007 | 20 | Proposed Agreed Order/Stipulation. by Ice Cream Distributors of Evansville, LLC, Edy's Grand Ice Cream, Inc.. (McClelland, Denise) (Entered: 06/06/2007) |
| 06/08/2007 | 21 | RESPONSE to Motion re 16 Amended MOTION re 7 MOTION to Enforce Forum Selection and Arbitration Clauses by Ice Cream |

|  |  |  |
|---|---|---|
|  |  | Distributors of Evansville, LLC. Replies due by 6/22/2007. (Attachments: # 1 Proposed Order)(West, Jan) (Entered: 06/08/2007) |
| 06/11/2007 | 22 | MOTION for Kevin P. Brown to Appear Pro Hac Vice Filing fee $ 65, receipt number 550218.by Ice Cream Distributors of Evansville, LLC. Responses due by 6/29/2007 (Attachments: # 1 Affidavit of Kevin P. Brown# 2 Proposed Order)(West, Jan) (Entered: 06/11/2007) |
| 06/20/2007 | 23 | STIPULATION/ AGREED ORDER by Judge Jennifer B. Coffman on 6/18/07 re: 7 MOTION to Enforce Forum Selection and Arbitration Clauses: Responses due by 6/8/2007 Replies due by 6/22/2007.cc:Counsel(JBM) (Entered: 06/20/2007) |
| 06/22/2007 | 24 | REPLY TO RESPONSE TO MOTION re: 16 Motion to Enforce by Edy's Grand Ice Cream, Inc.. (Attachments: # 1 Exhibit A--Supplemental Declaration of Mark Hagan.pdf# 2 Exhibit A-1-May 6, 2005 Letter from Dave Garrett to Mark Hagan# 3 Exhibit A-2-June 30, 2005 letter from Dave Garrett to Mark Hagan# 4 Exhibit A-3-December 12, 2005 E-mail from Dave Garrett to Mark Hagan# 5 Exhibit A-4-December 12, 2005 Letter from Dave Garrett to Thomas Delaplane# 6 Exhibit A-5-December 29, 2005 letter from Dave Garrett to Dan Horton# 7 Exhibit B-Affidavit of Denise H. McClelland with copy of Credit Application# 8 Exhibit E-C-Notice of Motion and Motion to Dismiss Petition to Compel Arbitration with Supporting Memo# 9 Exhibit E-D-Application for Certificate of Authority)(McClelland, Denise) Modified links on 6/25/2007 (JBM). Additional attachment(s) added on 8/14/2007 (JBM). (Entered: 06/22/2007) |
| 07/02/2007 | 25 | MOTION for Leave to *File Supplemental Authority* by Edy's Grand Ice Cream, Inc.. Responses due by 7/20/2007 (Attachments: # 1 Supplemental Authority# 2 Proposed Order Granting Motion for Leave to File Supplemental Authority)(McClelland, Denise) (Entered: 07/02/2007) |
| 07/06/2007 | 26 | ORDER by Judge Jennifer B. Coffman on 07/05/2007; granting 22 Motion to Appear Pro Hac Vice as to Kevin P. Brown. cc:Counsel(CSD) (Entered: 07/06/2007) |
| 07/06/2007 | 27 | ORDER by Judge Jennifer B. Coffman on 07/05/2007; granting 19 Motion to Substitute Attorney. cc:Counsel(CSD) (Entered: 07/06/2007) |
| 08/08/2007 | 28 | NOTICE *of Filing* by Edy's Grand Ice Cream, Inc. (Attachments: # 1 Exhibit A-ND/CA Minute Order of 07/26/2007)(McClelland, Denise) Modified on 8/8/2007 to correct exhibit description pursuant to call to helpdesk(CSD). (Entered: 08/08/2007) |
| 08/13/2007 | 29 | NOTICE *of Removal from Electronic Filing* by Ice Cream Distributors of Evansville, LLC (Calabrese, Jeffrey) (Entered: 08/13/2007) |
| 08/13/2007 | 30 | NOTICE of Change of Address by Jan M. West (West, Jan) (Entered: 08/13/2007) |
| 08/14/2007 | 31 | ORDER by Judge Jennifer B. Coffman on 8/13/07; granting 25 Motion |

| | | |
|---|---|---|
| | | for Leave to File Supplemental Authority. cc:Counsel(JBM) (Entered: 08/14/2007) |
| 08/15/2007 | | Remark: Supplemental Authority by Edy's Grand Ice Cream, Inc. attached to 24 by the Court pursuant to Order 31 (JBM) (Entered: 08/15/2007) |
| 08/17/2007 | 32 | ORDER by Judge Jennifer B. Coffman on 8/16/07; re: 7 MOTION to Enforce Forum Selection and Arbitration Clauses: Motion Hearing set for 9/24/2007 at 2:30 PM in Courtroom before Judge Jennifer B. Coffman.cc:Counsel, TC(JBM) (Entered: 08/17/2007) |
| 09/20/2007 | 33 | NOTICE by Edy's Grand Ice Cream, Inc. *of Filing of California Order* (Attachments: # 1 Exhibit A - Order) (McClelland, Denise) (Entered: 09/20/2007) |
| 09/25/2007 | | MINUTE ENTRY for proceedings held before Judge Jennifer B. Coffman : Motion Hearing held on 9/25/2007. (Court Reporter Peggy Weber.) (CSD) (Entered: 09/26/2007) |
| 09/28/2007 | 34 | MEMORANDUM OPINION & ORDER by Judge Jennifer B. Coffman on 09/27/2007 granting 16 Amended Motion to Transfer; matter transferred to USDC, ND/CA, Oakland Division; remaining motions denied as moot. cc:Counsel (CSD) (Entered: 09/28/2007) |
| 09/28/2007 | 35 | NOTICE letter to Clerk, ND/CA, Oakland Division re transfer with certified copy of transfer order and docket sheet. (CSD) (Entered: 09/28/2007) |
| 10/01/2007 | 36 | AMENDED NOTICE re 35 Notice (Other). (CSD) (Entered: 10/01/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/04/2007 12:38:30 | | | |
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:06-cv-00625-JBC |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |