UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC | ) ) ) | ELECTRONICALLY FILED |
| PLAINTIFF | ) ) ) | CASE NO. 3:06-CV-625-C |
| v. | ) ) | |
| EDY'S GRAND ICE CREAM, INC. | ) ) | NOTICE OF REMOVAL |
| DEFENDANT | ) ) ) | |

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION:

For its Notice of Removal of this action from the Oldham Circuit Court in Oldham County, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, the Defendant Edy's Grand Ice Cream, Inc. ("Edy's") states as follows:

1. On or about November 9, 2006, Plaintiff filed a Complaint against Edy's in Oldham Circuit Court. The Complaint is filed as Case No. 06-CI-00831 (the "Civil Action"). Copies of all process, pleadings and orders received by Edy's in said Civil Action are attached hereto in accordance with 28 U.S.C. Section 1446(a).

2. Plaintiff, Ice Cream Distributors of Evansville, LLC ("ICD") is now and was at the commencement of this Civil Action a limited liability company (denoted as a limited liability corporation in the Plaintiff's complaint) that was organized and exists under the laws of Indiana with its principal place of business located at 10430 Driver Drive, Evansville, Indiana. Further, based upon information and belief, at the time of the filing of this Petition for Removal, and at the commencement of the Civil Action, none of the members of this limited liability company

are or were residents or citizens of California and on information or belief, the members of this limited liability company are residents and/or citizens of Indiana.

3. Edy's is now and was at the commencement of this action a corporation that was organized and exists under the laws of California (and not Delaware, as stated in the Complaint) with its principal place of business located at 5929 College Avenue, Oakland, California. Thus, complete diversity existed at both the time of commencement of this action, as well as, the filing of this Notice of Removal.

4. The Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) and, therefore, it may be removed to this Court under the provisions of 28 U.S.C. §1441.

5. Plaintiffs' prayer for relief seeks judgment against Edy's in the amount of $230,000.00 annually on Count I; $1,300,000.00 annually on Count II; and $100,250.00 on Count III, plus punitive damages on each of these counts. Therefore, the amount in controversy in this matter exceeds $75,000.00, exclusive of interest and costs.

6. A copy of this Notice of Removal, together with copies of all pleadings served on Edy's in the Civil Action which are attached hereto, has been filed with the Clerk of the Oldham Circuit Court for Floyd County, Kentucky, and served upon opposing counsel in accordance with 28 U.S.C. §1446(d).

7. This Notice of Removal was filed in this Court within thirty (30) days after receipt by Edy's, through service or otherwise, of a copy of the Complaint.

Respectfully submitted,


/s/ Bart L. Greenwald
Bart L. Greenwald, Esq.
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
(502) 589-5400 Phone
(502) 581-1087 Fax

Denise H. McClelland
FROST BROWN TODD LLC
250 W. Main St., STE 2700
Lexington, KY 40507
(859) 231-0000 Phone
(859) 231-0011 Fax

*Counsel for Defendant,*
*Edy's Grand Ice Cream, Inc.*


### CERTIFICATE OF SERVICE

I hereby certify that on December 6th, 2006, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Thomas M. Williams, Esq.
Jeffrey A. Calabrese, Esq.
Stoll Keenon Ogden PLLC
2000 PNC Plaza
500 W. Jefferson St.
Louisville, KY 40202
(502) 333-6000

/s/ Bart L. Greenwald
*Attorney for Defendant,*
*Edy's Grand Ice Cream, Inc.*