COMMONWEALTH OF KENTUCKY
OLDHAM CIRCUIT COURT
CASE NO. 06-CI-00831

ICE CREAM DISTRIBUTORS OF         PLAINTIFF
EVANSVILLE, LLC

v.

EDY'S GRAND ICE CREAM, INC.       DEFENDANT

### AGREED ORDER

Counsel for the Plaintiff, Ice Cream Distributors of Evansville, LLC and Defendant, Edy's Grand Ice Cream, Inc. being in agreement,

IT IS HEREBY ORDERED AND AGREED that Defendant Edy's Grand Ice Cream, Inc. has through and including January 4, 2007 in which to answer or otherwise plead to the Plaintiff's Complaint filed in this case.

Done this ___ day of December, 2006.

_____
JUDGE, OLDHAM CIRCUIT COURT

HAVE SEEN AND AGREED;

_____
Thomas M. Williams, Esq.
Jeffrey A. Calabrese, Esq.
STOLL KEENON OGDEN PLLC
2000 PNC Plaza
500 W. Jefferson Street
Louisville, Kentucky 40202
*Attorneys for Plaintiff Ice Cream Distributors of Evansville, LLC*

ENTERED

DEC 0 4 2006

OLDHAM CIRCUIT/DISTRICT
BY_____

-AND-

_____
Bart L. Greenwald, Esq.
Peter M. Cummins, Esq.
FROST BROWN TODD LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40204-3363
Lexington, KY 40507
*Attorneys for Defendant,*
*Edy's Grand Ice Cream, Inc.*

## CLERK CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Agreed Order was served upon, by ordinary U.S. mail this ___ day of December, 2006.

Thomas M. Williams
Jeffrey A. Calabrese
STOLL KEENON OGDEN PLLC
2000 PNC Plaza
500 W. Jefferson Street
Louisville, Kentucky 40202
*Attorneys for Plaintiff Ice Cream*
*Distributors of Evansville, LLC*


Bart L. Greenwald, Esq.
Peter M. Cummins, Esq.
FROST BROWN TODD LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40204-3363
Lexington, KY 40507
*Attorneys for Defendant,*
*Edy's Grand Ice Cream, Inc.*


_____
CLERK, OLDHAM CIRCUIT COURT


LEXLibrary 0111554.0546286 318994v.1