FILED
OCT 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. Pursuant to the stipulatoin of the parties and as the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

**C 07-00140 CW** **Dreyer's Grand Ice Cream, Inc. et al v. Ice Cream Distributors of Evansville**

**C 07-05060 EMC** **Ice Cream Distributors of Evansville LLC v. Edy's Grand Ice Cream Inc**

**I find that the above case is related to the case assigned to me.** CW

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge **("CW")** immediately after the case number. **A Case Management Conference in both above-captioned cases will be held on November 13, 2007, at 2:00 p.m.**

Dated: OCT 2 4 2007

Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** ____________________

**By:** ____________________
**Deputy Clerk**

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: _________(date)