# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ice Cream Distributors of Evansville LLC,<br><br>   Plaintiff(s),<br><br>   v.<br><br>Edy's Grand Ice Cream Inc,<br><br>   Defendant(s). | 07-05060 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-05060 CW                                -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: October 31, 2007

```
                              RICHARD W. WIEKING
                              Clerk
                              by:    Timothy J. Smagacz

                              _____
                              ADR Administrative Assistant
                              415-522-4205
                              Tim_Smagacz@cand.uscourts.gov
```

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-05060 CW                                    -2-

PROOF OF SERVICE

Case Name:   Ice Cream Distributors of Evansville LLC v. Edy's Grand Ice Cream Inc

Case Number:   07-05060 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 31, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jeffrey Calabrese
> Stoll Keenon Ogden PLLC
> 500 W. Jefferson Street
> 2000 PNC Plaza
> Louisville, KY 40202
>
> Jonathan D. Goldberg
> Goldberg & Simpson PSC
> 9301 Dayflower Street
> Louisville, KY 40059
>
> Jan M. West
> Goldberg & Simpson PSC
> 9301 Dayflower Street
> Louisville, KY 40059
>
> Kevin Patrick Brown
> Rieck and Crotty, P.C.
> 55 West Monroe Street, Suite 3390
> Chicago, IL 60603

kbrown@rieckcrotty.com

Denise H. McClelland
Frost Brown Todd LLC
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Peter M. Cummins
Frost Brown Todd LLC
400 W. Market Street
32nd Floor
Louisville, KY 40202

Bart L. Greenwald
Frost Brown Todd LLC
400 W. Market Street
32nd Floor
Louisville, KY 40202


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31, 2007 in San Francisco, California.

           RICHARD W. WIEKING
           Clerk
           by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov