1  KEVIN P. BROWN
   RIECK AND CROTTY, P.C.
2  55 West Monroe Street, Suite 3390
   Chicago, IL   60603-5602
3  Telephone:  (312) 726-4646
   Facsimile:  (312) 578-9593
4  Email: kbrown@rieckcrotty.com

5  Attorneys for Plaintiff
   Ice Cream Distributors of Evansville

6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                      OAKLAND DIVISION

10 ICE CREAM DISTRIBUTORS OF          )   CASE NO. 07-05060 CW
   EVANSVILLE, an Indiana limited liability )
11 company,                           )   **SUGGERSTION OF INVOLUNTARY**
                                       )   **BANKRUPTCY**
12            Plaintiff,              )
                                       )   Date:        November 6, 2007
13      vs.                            )   Place:       Courtroom 2, 4th Floor
                                       )   Judge:       The Honorable Claudia Wilken
14 EDY'S GRAND ICE CREAM, a California )
   corporation,                        )
15                                     )
                                       )
16            Defendant.              )
   _____    )

17

18          Respondent, Ice Cream Distributors of Evansville, LLC, requests that the Court take

19 judicial notice of the matter entitled, *In Re Ice Cream Distributors of Evansville LLC*, No. 3-07-bk-

20 33484, an involuntary bankruptcy proceeding pending the in the United States District Bankruptcy

21 Court for the Western District of Kentucky, Louisville Division, and the exhibit attached hereto, which

22 has been filed therein as follows:

23          Exhibit A - A copy of the Petition in said action.

24                                      Respectfully submitted,
   DATED: November 6, 2007
25                                      RIECK AND CROTTY, P.C.
                                        KEVIN P. BROWN
26
                                        By:  _____/s/ Kevin P. Brown_____
27                                             Kevin P. Brown
                                          Attorney for Respondent
28                                     Ice Cream Distributors of Evansville