KEVIN P. BROWN
RIECK AND CROTTY, P.C.
55 West Monroe Street, Suite 3390
Chicago, IL   60603-5602
Telephone:  (312) 726-4646
Facsimile:  (312) 578-9593
Email: kbrown@rieckcrotty.com

Attorneys for Plaintiff
Ice Cream Distributors of Evansville

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, an Indiana limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> EDY'S GRAND ICE CREAM, a California corporation, <br><br> Defendant. | CASE NO. 07-05060 CW <br><br> **CORRECTED SUGGESTION OF INVOLUNTARY BANKRUPTCY** <br><br> Date:         November 6, 2007 <br> Place:        Courtroom 2, 4th Floor <br> Judge:       The Honorable Claudia Wilken |

Respondent, Ice Cream Distributors of Evansville, LLC, requests that the Court take judicial notice of the matter entitled, *In Re Ice Cream Distributors of Evansville LLC*, No. 3-07-bk-33484, an involuntary bankruptcy proceeding pending the in the United States District Bankruptcy Court for the Western District of Kentucky, Louisville Division, and the exhibit attached hereto, which has been filed therein as follows:

Exhibit A - A copy of the Petition in said action.

DATED: November 6, 2007

Respectfully submitted,

RIECK AND CROTTY, P.C.
KEVIN P. BROWN

By:  _____/s/ Kevin P. Brown_____
Kevin P. Brown
Attorney for Respondent
Ice Cream Distributors of Evansville