FORM 5(10/06)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>Western District of Kentucky | | **INVOLUNTARY PETITION** |
|---|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Ice Cream Distributors of Evansville LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) | |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.)<br>81-0646279 | | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>6230 Old LaGrange Rd<br>Crestwood, KY 40014 | MAILING ADDRESS OF DEBTOR (If different from street address) | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Oldham | | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | | |

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**
■ Chapter 7    □ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>□ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>□ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business (Check one box)<br>□ Health Care Business<br>□ Single Asset Real Estate as defined in<br>  11 U.S.C. § 101(51)(B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>□ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>□ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. □ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Name of Debtor __Ice Cream Distributors of Evansville LLC__

Case No. _____

OFFICIAL FORM 5 - Involuntary Petition - Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative | Signature of Attorney |
|---|---|
| x /s/ Mike Shireman | x /s/ David M Cantor |
| **UHL Truck Sales Inc** — Name of Petitioner | David M Cantor |
| Name & Mailing Address of Individual Signing in Representative Capacity: Mike Shireman, 4300 Poplar Level Rd, Louisville, KY 40213 | Name of Attorney Firm: SEILLER WATERMAN LLC, 22nd Floor - Meidinger Tower, 462 S 4th Street, Louisville, KY 40202. Telephone No. 502-584-7400 |
| x /s/ Bo Oesterritler | x /s/ David M Cantor |
| **Bo's Service Company** — Name of Petitioner | David M Cantor |
| Name & Mailing Address: Bo Oesterritler, 11520 Easum Rd, Louisville, KY 40299 | SEILLER WATERMAN LLC, 22nd Floor - Meidinger Tower, 462 S 4th Street, Louisville, KY 40202. Telephone No. 502-584-7400 |
| x /s/ Bill Doty | x /s/ David M Cantor |
| **Fleet Mobil Service** — Name of Petitioner | David M Cantor |
| Name & Mailing Address: Bill Doty, 7865 Spacy Rd, Charlestown, IN 47111 | SEILLER WATERMAN LLC, 22nd Floor - Meidinger Tower, 462 S 4th Street, Louisville, KY 40202. Telephone No. 502-584-7400 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| UHL Truck Sales Inc, 4300 Poplar Level Rd, Louisville, KY 40213 | Truck repairs | 1,000.00 |
| Bo's Service Company, 11520 Easum Rd, Louisville, KY 40299 | Truck repairs | 2,000.00 |
| Fleet Mobil Service, 7865 Stacy Rd, Charlestown, IN 47111 | Truck repair/services | 5,691.44 |
| | **Total Amount of Petitioners' Claims** | **839,464.52** |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

__2__ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

This fax was received by GFI FAXmaker fax server and Goldberg & Simpson PSC.

Name of Debtor: Ice Cream Distributors of Evansville LLC
Case No.

OFFICIAL FORM 5 – Involuntary Petition – Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X /s/ Shawn M Monie | X /s/ David M Cantor |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| **Shawn M Monie** | **David M Cantor** |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) SEILLER WATERMAN LLC 22nd Floor - Meidinger Tower 462 S 4th Street Louisville, KY 40202 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Shawn M Monie, 7406 Derby Dr, Crestwood, KY 40014 | Address Telephone No.   502-584-7400 |

| X /s/ Joe E Monie | X /s/ David M Cantor |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| **Joe E Monie** | **David M Cantor** |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) SEILLER WATERMAN LLC 22nd Floor - Meidinger Tower 462 S 4th Street Louisville, KY 40202 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Joe E Monie, 7406 Derby Dr, Crestwood, KY 40014 | Address Telephone No.   502-584-7400 |

| X /s/ Scott Berryman | X /s/ David M Cantor |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| **Valentine's Gourmet Ice Cream LLC** | **David M Cantor** |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) SEILLER WATERMAN LLC 22nd Floor - Meidinger Tower 462 S 4th Street Louisville, KY 40202 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Scott Berryman, 642 Old Boonesboro Rd, Winchester, KY 40391 | Address Telephone No.   502-584-7400 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Shawn M Monie 7406 Derby Dr Crestwood, KY 40014 | Wages | 422.00 |
| Joe E Monie 7406 Derby Dr Crestwood, KY 40014 | Wages | 950.00 |
| Valentine's Gourmet Ice Cream LLC 642 Old Boonesboro Rd Winchester, KY 40391 | Services | 3,375.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 839,464.52 |

1 of 2 continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy