1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4  jggilliland@townsend.com

5  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
   12730 High Bluff Drive, Suite 400
6  San Diego, California 92130
   Telephone: (858) 350-6100
7  Facsimile: (858) 350-6111
   ismitrakos@townsend.com
8
   ROBERT D. TADLOCK (State Bar No. 238479)
9  379 Lytton Avenue
   Palo Alto, California 94301
10 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
11 rdtadlock@townsend.com

12 Attorneys for Defendant
   EDY'S GRAND ICE CREAM, INC.
13

14                     UNITED STATES DISTRICT COURT

15                FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                           (OAKLAND DIVISION)

17

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDY'S GRAND ICE CREAM, INC.,<br><br>Defendant. | **Case No.  C07-05060 CW**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**Date:**     October 13, 2007<br>**Time:**     2:00 pm<br>**Place:**    Courtroom 2, 4th Floor<br><br>**Judge:**    The Honorable Claudia Wilken<br><br>**Complaint Filed:**   November 09, 2006 |

1
**Stipulation To Continue Case Management Conference And [Proposed] Order**
**C07-05060 CW**

The parties to the action, Ice Cream Distributors of Evansville ("ICD") and Dreyer's Grand Ice Cream, Inc. and Edy's Grand Ice Cream (collectively "Dreyer's") jointly request that this Court continue the Case Management Conference currently scheduled for November 13, 2007 for thirty days.

The continuance is requested because an Involuntary Petition for Bankruptcy has been filed against ICD in the United States Bankruptcy Court for the Western District of Kentucky. As a result of this bankruptcy filing, the parties anticipate that the Bankruptcy Court will issue an automatic stay staying Dreyer's claims against ICD. The parties further anticipate United States Trustee involvement in ICD's claims against Dreyer's.

DATED: November 7, 2007          Respectfully submitted,

RIECK AND CROTTY, P.C.


By:   /s/ Kevin P. Brown
      KEVIN P. BROWN
      Attorneys for Plaintiff
      ICE CREAM DISTRIBUTORS OF EVANSVILLE LLC

DATED: November 7, 2007          TOWNSEND AND TOWNSEND AND CREW LLP


By:   /s/ Iris Sockel Mitrakos
      IRIS SOCKEL MITRAKOS
      Attorneys for Defendant
      EDY'S GRAND ICE CREAM, INC.

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. The Case Management Conference shall be continued to _____.

DATED: November 7, 2007          _____
                                 JUDGE OF THE UNITED STATES DISTRICT COURT

61203695 v1