File by FAX

```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    JAMES G. GILLILAND, JR. (State Bar No. 107988)
 2  Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
 3  Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
 4  jggilliland@townsend.com

 5  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
    12730 High Bluff Drive, Suite 400
 6  San Diego, California 92130
    Telephone: (858) 350-6100
 7  Facsimile: (858) 350-6111
    ismitrakos@townsend.com
 8
    ROBERT D. TADLOCK (State Bar No. 238479)
 9  379 Lytton Avenue
    Palo Alto, California 94301
10  Telephone: (650) 326-2400
    Facsimile: (650) 326-2422
11  rdtadlock@townsend.com

12  Attorneys for Defendant
    EDY'S GRAND ICE CREAM
13
```

ORIGINAL FILED
NOV - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EDY'S GRAND ICE CREAM, INC., <br><br> Respondent. | Case No. C07-05060 CW <br><br> NOTICE OF APPEARANCE <br><br> Place: Courtroom 2, 4th Floor <br> Judge: The Honorable Claudia Wilken <br> Complaint Filed: November 09, 2006 |

1
Notice Of Appearance
Case No. C07-05060 CW

11-07-07

NOTICE IS HEREBY GIVEN that the undersigned attorney, Iris Sockel Mitrakos, enters her appearance in this matter for Defendant, Edy's Grand Ice Cream for the purpose of receiving notices and orders from the Court, and to be designated as Lead Counsel for Defendant, Edy's Grand Ice Cream.

DATED: November 7, 2007

Respectfully submitted,

TOWNSEND and TOWNSEND and CREW LLP

By: _____
Iris Sockel Mitrakos
Attorneys for Defendant
EDY'S GRAND ICE CREAM.

61203839 v1