File by FAX

1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4  jggilliland@townsend.com

5  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
   12730 High Bluff Drive, Suite 400
6  San Diego, California 92130
   Telephone: (858) 350-6100
7  Facsimile: (858) 350-6111
   ismitrakos@townsend.com
8
9  ROBERT D. TADLOCK (State Bar No. 238479)
   379 Lytton Avenue
   Palo Alto, California 94301
10 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
11 rdtadlock@townsend.com

12 Attorneys for Defendant
13 EDY'S GRAND ICE CREAM

**ORIGINAL FILED**

NOV - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDY'S GRAND ICE CREAM, INC.,<br><br>Defendant. | Case No. C07-05060 CW<br><br>**PROOF OF SERVICE**<br><br>Place: Courtroom 2, 4th Floor<br>Judge: The Honorable Claudia Wilken<br>Complaint File: November 09, 2006 |

11-07-07

## PROOF OF SERVICE
## EFILING ACTION...PLEASE REGISTER WITH
## USDC FOR NORTHERN DISTRICT OF CALIFORNIA

I, KNOXANN M. ARMIJO, declare and state as follows:

I am employed by the office of a member of the Bar of this Court at whose direction this service is made in the County and City of San Diego, State of California. I am over the age of eighteen and not a party to the within action. My business address is 12730 High Bluff Drive, Suite 400, San Diego, California, 92130.

On November 7, 2007, I served the foregoing documents described as:

**NOTICE OF APPEARANCE**

__x__  **BY MAIL:** I am readily familiar with the firm's practice for collection and processing for mailing with the United States Post Service. Under that practice, mail is deposited with the United States Postal Service, that same day, with postage fully prepaid at the postal service collection box at 12730 High Bluff Drive, Suite 400, San Diego, California, 92130. The envelope(s) are sealed and placed in collection for that same day following ordinary course of business.

| | |
|---|---|
| Michael R. Simmonds, Esq.<br>Wineberg, Simmonds & Narita LLP<br>44 Montgomery Street<br>Suite 3880<br>San Francisco CA 94104 | Kevin Patrick Brown, Esq.<br>Rieck and Crotty, P.C.<br>55 West Monroe Street<br>Suite 3390<br>Chicago, IL 60603 |
| Jan M. West, Esq.<br>Jonathan D. Goldberg, Esq.<br>Goldberg & Simpson PSC<br>9301 Dayflower Street<br>Louisville, KY 40059 | Jeffrey Calabrese, Esq.<br>Stoll Keenon Ogden PLLC<br>500 W. Jefferson Street<br>2000 PNC Plaza<br>Louisville, KY 40202 |
| Denise H. McClelland, Esq.<br>Frost Brown Todd LLC<br>250 W. Main Street<br>2700 Lexington Financial Center<br>Lexington, KY 40507-1749 | |

Executed on November 7, 2007, at San Diego, California. I declare under penalty of perjury under the laws of the State of California and the United States that the forging is true and correct.

*/s/ Knoxann M. Armijo*
KNOXANN M. ARMIJO

61204094 v1