IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ice Cream Distributors of Evansville LLC | NO. CV 07-05060 CW |
| Plaintiff,<br>v. | **CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY** |
| Edy's Grand Ice Cream Inc<br>Defendant. / | |

On **11/7/07**, counsel for **defendant** filed a **notice of appearance (docket #9), proof of service (docket #10)** manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for **defendant** should submit the **notice of appearance (docket #9), proof of service (docket #10)** , in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

.

Dated: November 9, 2007        Clara Pierce
                               Deputy Clerk