1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4  jggilliland@townsend.com

5  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
   12730 High Bluff Drive, Suite 400
6  San Diego, California 92130
   Telephone: (858) 350-6100
7  Facsimile: (858) 350-6111
   ismitrakos@townsend.com
8
   ROBERT D. TADLOCK (State Bar No. 238479)
9  379 Lytton Avenue
   Palo Alto, California 94301
10 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
11 rdtadlock@townsend.com

12 Attorneys for Defendant
   EDY'S GRAND ICE CREAM, INC.
13

**FILED**

NOV 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

14              UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                    (OAKLAND DIVISION)

17

18 ICE CREAM DISTRIBUTORS OF          Case No. C07-05060 CW
   EVANSVILLE, LLC,
19                                    STIPULATION TO CONTINUE CASE
              Plaintiff,              MANAGEMENT CONFERENCE AND
20                                    [~~PROPOSED~~] ORDER
         v.
21                                    Date:    October 13, 2007
   EDY'S GRAND ICE CREAM, INC.,       Time:    2:00 pm
22                                    Place:   Courtroom 2, 4th Floor
              Defendant.
23                                    Judge:   The Honorable Claudia Wilken

24                                    Complaint Filed:   November 09, 2006

25

26

27

28

1     The parties to the action, Ice Cream Distributors of Evansville ("ICD") and Dreyer's Grand Ice Cream, Inc. and Edy's Grand Ice Cream (collectively "Dreyer's") jointly request that this Court continue the Case Management Conference currently scheduled for November 13, 2007 for thirty days.

    The continuance is requested because an Involuntary Petition for Bankruptcy has been filed against ICD in the United States Bankruptcy Court for the Western District of Kentucky. As a result of this bankruptcy filing, the parties anticipate that the Bankruptcy Court will issue an automatic stay staying Dreyer's claims against ICD. The parties further anticipate United States Trustee involvement in ICD's claims against Dreyer's.

DATED: November 7, 2007     Respectfully submitted,

RIECK AND CROTTY, P.C.

By:   /s/ Kevin P. Brown
KEVIN P. BROWN
Attorneys for Plaintiff
ICE CREAM DISTRIBUTORS OF EVANSVILLE LLC

DATED: November 7, 2007     TOWNSEND AND TOWNSEND AND CREW LLP

By:   /s/ Iris Sockel Mitrakos
IRIS SOCKEL MITRAKOS
Attorneys for Defendant
EDY'S GRAND ICE CREAM, INC.

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. The Case Management Conference shall be continued to _Dec 18 at 2pm_

DATED: November 13, 2007     _____
JUDGE OF THE UNITED STATES DISTRICT COURT

61203695 v1