UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ice Cream Distributors Of Evansville LLC,

                Plaintiff(s),

                v.

Edy's Grand Ice Cream Inc.,

                Defendant(s).
_____/

CASE NO. 07-05060CW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 16, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Kevin P. Brown | Ice Cream Distributors of Evansville | (312) 726-4646 | kbrown@rieckcrotty.com |
| Iris Sockel Mitrakos | Edy's Grand Ice Cream Inc. | (858) 350-6153 | ismitrakos@townsend.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 12/03/2007                              /s/ Kevin P. Brown
                                                    Attorney for Plaintiff

Dated: 12/03/2007                              /s/ Iris Sockel Mitrakos
                                                    Attorney for Defendant

Rev 12.05