1   TOWNSEND AND TOWNSEND AND CREW LLP
    JAMES G. GILLILAND, JR. (State Bar No. 107988)
2   Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
3   Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
4   jggilliland@townsend.com

5   IRIS SOCKEL MITRAKOS (State Bar No. 190162)
    12730 High Bluff Drive, Suite 400
6   San Diego, California 92130
    Telephone: (858) 350-6100
7   Facsimile: (858) 350-6111
    ismitrakos@townsend.com

8
    ROBERT D. TADLOCK (State Bar No. 238479)
9   379 Lytton Avenue
    Palo Alto, California 94301
10  Telephone: (650) 326-2400
    Facsimile: (650) 326-2422
11  rdtadlock@townsend.com

12  Attorneys for Defendant
    EDY'S GRAND ICE CREAM, INC.
13

14              UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                  (OAKLAND DIVISION)

17

18  ICE CREAM DISTRIBUTORS OF          Case No.  C07-05060 CW
    EVANSVILLE, LLC,
19                                     STIPULATION TO CONTINUE CASE
                    Plaintiff,         MANAGEMENT CONFERENCE AND
20                                     [PROPOSED] ORDER
            v.
21                                     Date:       December 18, 2007
    EDY'S GRAND ICE CREAM, INC.,       Time:       2:00 pm
22                                     Place:      Courtroom 2, 4th Floor
                    Defendant.
23                                     Judge:      The Honorable Claudia Wilken

24                                     Complaint Filed:   November 09, 2006

25

26

27

28

1    The parties to the action, Ice Cream Distributors of Evansville ("ICD") and Dreyer's Grand Ice

2  Cream, Inc. and Edy's Grand Ice Cream (collectively "Dreyer's") jointly request that this Court

3  continue the Case Management Conference currently scheduled for December 18, 2007 for thirty (30)

4  days.

5    The continuance is requested because an Involuntary Petition for Bankruptcy has been filed

6  against ICD in the United States Bankruptcy Court for the Western District of Kentucky.  As a result of

7  this bankruptcy filing, the parties anticipate that the Bankruptcy Court will issue an automatic stay

8  staying Dreyer's claims against ICD.  The parties further anticipate United States Trustee involvement

9  in ICD's claims against Dreyer's.

10  DATED:  December 11, 2007          Respectfully submitted,

11                                     RIECK AND CROTTY, P.C.

12

13                                     By:  ___/s/ Kevin P. Brown_____
                                           KEVIN P. BROWN
14                                         Attorneys for Plaintiff
                                           ICE CREAM DISTRIBUTORS OF EVANSVILLE LLC
15

16

17  DATED:  December 11, 2007          TOWNSEND AND TOWNSEND AND CREW LLP

18

19                                     By:  ___/s/ Iris Sockel Mitrakos_____
                                           IRIS SOCKEL MITRAKOS
20                                         Attorneys for Defendant
                                           EDY'S GRAND ICE CREAM, INC.

21                                **O R D E R**

22    PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  The Case Management

23  Conference shall be continued to _____.

24  DATED:  _____, 2007

25

26                                     _____
                                       JUDGE OF THE UNITED STATES DISTRICT COURT
27

28  61203695 v1

**Stipulation To Continue Case Management Conference And [Proposed] Order**
**C07-05060 CW**