1  KEVIN P. BROWN
   RIECK AND CROTTY, P.C.
2  55 West Monroe Street, Suite 3390
   Chicago, IL 60603-5602
3  Telephone: (312) 726-4646
   Facsimile: (312) 578-9593
4  Email: kbrown@rieckcrotty.com

5  MICHAEL R. SIMMONDS (SBN 96238)
   JEFFREY A. TOPOR (SBN 195545)
6  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
7  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
8  Facsimile: (415) 352-2625
   msimmonds@snllp.com
9  jtopor@snllp.com

10
   Attorneys for Plaintiff
11 Ice Cream Distributors of Evansville

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                           OAKLAND DIVISION
15

16 ICE CREAM DISTRIBUTORS OF            )  CASE NO. 07-05060 CW
   EVANSVILLE, an Indiana limited liability )
17 company,                              )  **REQUEST OF PLAINTIFF TO ATTEND**
                                         )  **CASE MANAGEMENT CONFERENCE**
18         Plaintiff,                    )  **TELEPHONICALLY AND [PROPOSED]**
                                         )  **ORDER**
19     vs.                               )
                                         )  Date:   December 18, 2007
20 EDY'S GRAND ICE CREAM, a California   )  Time:   2:00 p.m.
   corporation,                          )  Place:  Courtroom 2, 4th Floor
21                                       )  Judge:  The Honorable Claudia Wilken
           Defendant.                    )
22 _____)

23
          Pursuant to Civil Local Rule 16-10(a), Plaintiff, Ice Cream Distributors of Evansville
24
   requests permission to participate in the Case Management Conference scheduled for December 18,
25
   2007, at 2:00 p.m. in the above-entitled Court by telephone.
26

27

28

1  Ice Cream Distributors of Evansville will be represented at the Case Management
2  Conference by Kevin P. Brown, whose number is (312) 726-4646. Counsel will make arrangements
3  with the Court's teleconference services for the telephonic appearance

4  DATED: December 13, 2007

Respectfully submitted,

RIECK AND CROTTY, P.C.
KEVIN P. BROWN

By:  _____/s/ Kevin P. Brown_____
         Kevin P. Brown
         Attorney for Respondent
         Ice Cream Distributors of Evansville

**ORDER**

IT IS SO ORDERED.

**DATED: _____, 2007**

_____
UNITED STATES DISTRICT COURT JUDGE

ICE CREAM DISTRIBUTORS V. EDY'S GRAND ICE CREAM  (CASE NO. 07-05060 CW)
REQUEST OF PLAINTIFF TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER                                                                                                                        2.

CERTIFICATE OF SERVICE
EFILING ACTION USDC FOR NORTHERN DISTRICT OF CALIFORNIA

I, KEVIN P. BROWN, declare and state as follows:

I am employed by the office of the Bar of this Court at whose direction this service is made in the County of Cook, City of Chicago, and State of Illinois. I am over the age of eighteen and not a party to the within action. My business address is 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603.

On December 13, 2007, I served the foregoing document(s) described as:

**REQUEST OF PLAINTIFF TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER**

__X__ **BY MAIL:** I am readily familiar with the firm's practice for collection and processing for mailing with the United States Post Service. Under that practice, mail is deposited with the United States Postal Service, that same day, with postage fully prepaid at the postal service collection box at 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603. The envelope(s) are sealed and placed in collection for that same day following ordinary course of business.

Iris Sockel Mitrakos, Esq.
Townsend and Townsend and Crew, LLP
12730 High Bluff Drive, Suite 400
San Diego, California 92130

__X__ **BY EMAIL:** I am readily familiar with the firm's practice for sending and receiving email copies at 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603. The document(s) are sent with confirmation that the documents have been sent for that same day following ordinary course of business.

Iris Sockel Mitrakos, Esq.
Townsend and Townsend and Crew, LLP
12730 High Bluff Drive, Suite 400
San Diego, California 92130
ismitralos@townsend.com

Executed on December 13, 2007, at Chicago, Illinois. I declare under penalty of perjury under the laws of the State of Illinois and the United States that the forgoing is true and correct.

    /s/ Kevin P. Brown
    Kevin P. Brown