TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jggilliland@townsend.com

IRIS SOCKEL MITRAKOS (State Bar No. 190162)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
ismitrakos@townsend.com

ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
rdtadlock@townsend.com

Attorneys for Defendant
EDY'S GRAND ICE CREAM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>EDY'S GRAND ICE CREAM, INC.,<br><br>        Defendant. | **Case No. C07-05060 CW**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>**Date:** December 18, 2007<br>**Time:** 2:00 pm<br>**Place:** Courtroom 2, 4th Floor<br><br>**Judge:** The Honorable Claudia Wilken<br><br>**Complaint Filed:** November 09, 2006 |

The parties to the action, Ice Cream Distributors of Evansville ("ICD") and Dreyer's Grand Ice Cream, Inc. and Edy's Grand Ice Cream (collectively "Dreyer's") jointly request that this Court continue the Case Management Conference currently scheduled for December 18, 2007 for thirty (30) days.

The continuance is requested because an Involuntary Petition for Bankruptcy has been filed against ICD in the United States Bankruptcy Court for the Western District of Kentucky. As a result of this bankruptcy filing, the parties anticipate that the Bankruptcy Court will issue an automatic stay staying Dreyer's claims against ICD. The parties further anticipate United States Trustee involvement in ICD's claims against Dreyer's.

DATED: December 13, 2007          Respectfully submitted,

RIECK AND CROTTY, P.C.

By:   /s/ Kevin P. Brown
      KEVIN P. BROWN
      Attorneys for Plaintiff
      ICE CREAM DISTRIBUTORS OF EVANSVILLE LLC

DATED: December 13, 2007          TOWNSEND AND TOWNSEND AND CREW LLP

By:   /s/ Iris Sockel Mitrakos
      IRIS SOCKEL MITRAKOS
      Attorneys for Defendant
      EDY'S GRAND ICE CREAM, INC.

## **O R D E R**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. The Case Management Conference shall be continued to January 29, 2008, at 2:00 p.m..

DATED: __12/13_____, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

61203695 v1