TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jggilliland@townsend.com

IRIS SOCKEL MITRAKOS (State Bar No. 190162)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
ismitrakos@townsend.com

ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
rdtadlock@townsend.com

Attorneys for Defendant
EDY'S GRAND ICE CREAM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDY'S GRAND ICE CREAM, INC.,<br><br>Defendant. | Case No. C07-05060 CW<br>ORDER DENYING AS MOOT<br>REQUEST OF DEFENDANT TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY A~~ND [PROPOSED] ORDER~~<br><br>Date:      December 18, 2007<br>Time:      2:00 p.m.<br>Place:     Courtroom 2, 4th Floor<br><br>Judge:     The Honorable Claudia Wilken<br><br>Petition Filed:     January 9, 2007 |

Pursuant to Civil Local Rule 16-10(a), Defendant Edy's Grand Ice Cream, Inc. requests permission to participate in the Case Management Conference scheduled for December 18, 2007, at 2:00 p.m. in the above-entitled Court by telephone.

Edy's will be represented at the Case Management Conference by Iris Sockel Mitrakos, whose direct number is (858) 350-6153. Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

DATED: December 11, 2007          Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By:   /s/ Iris Sockel Mitrakos
      IRIS SOCKEL MITRAKOS
      Attorneys for Defendant
      EDY'S GRAND ICE CREAM, INC.


**ORDER**

In light of the continuance of the Case Management Conference, the request is denied as moot.

IT IS SO ORDERED.

DATED:  12/13 , 2007

_____
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE
## EFILING ACTION USDC FOR NORTHERN DISTRICT OF CALIFORNIA

I, KNOXANN M. ARMIJO, declare and state as follows:

I am employed by the office of a member of the Bar of this Court at whose direction this service is made in the County and City of San Diego, State of California. I am over the age of eighteen and not a party to the within action. My business address is 12730 High Bluff Drive, Suite 400, San Diego, California, 92130.

On December 11, 2007, I served the foregoing document(s) described as:

**REQUEST OF DEFENDANT TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER**

__x__   **BY MAIL:** I am readily familiar with the firm's practice for collection and processing for mailing with the United States Post Service. Under that practice, mail is deposited with the United States Postal Service, that same day, with postage fully prepaid at the postal service collection box at 12730 High Bluff Drive, Suite 400, San Diego, California, 92130. The envelope(s) are sealed and placed in collection for that same day following ordinary course of business.

| Michael R. Simmonds, Esq.<br>Wineberg, Simmonds & Narita LLP<br>44 Montgomery Street<br>Suite 3880<br>San Francisco  CA  94104 | Kevin Patrick Brown, Esq.<br>Rieck and Crotty, P.C.<br>55 West Monroe Street<br>Suite 3390<br>Chicago, IL 60603 |

__x__   **BY EMAIL:** I am readily familiar with the firm's practice for sending and receiving email copies at 12730 High Bluff Drive, Suite 400, San Diego, California, 92130. The document(s) are send with confirmation that the documents have been sent for that same day following ordinary course of business.

| Michael R. Simmonds, Esq.<br>Wineberg, Simmonds & Narita LLP<br>44 Montgomery Street<br>Suite 3880<br>San Francisco  CA  94104<br><br>msimmonds@snllp.com | Kevin Patrick Brown, Esq.<br>Rieck and Crotty, P.C.<br>55 West Monroe Street<br>Suite 3390<br>Chicago, IL 60603<br><br>kbrown@rieckcrotty.com |

Executed on December 11, 2007, at San Diego, California. I declare under penalty of perjury under the laws of the State of California and the United States that the forging is true and correct.

_____
KNOXANN M. ARMIJO

61231152 v1