1 | KEVIN P. BROWN
RIECK AND CROTTY, P.C.
2 | 55 West Monroe Street, Suite 3390
Chicago, IL  60603-5602
3 | Telephone:  (312) 726-4646
Facsimile:  (312) 578-9593
4 | Email: kbrown@rieckcrotty.com

5 | MICHAEL R. SIMMONDS (SBN 96238)
JEFFREY A. TOPOR (SBN 195545)
6 | SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
7 | San Francisco, CA 94104-4816
Telephone: (415) 283-1000
8 | Facsimile:  (415) 352-2625
msimmonds@snllp.com
9 | jtopor@snllp.com

10 | Attorneys for Plaintiff
Ice Cream Distributors of Evansville

11 |

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | OAKLAND DIVISION

15 | ICE CREAM DISTRIBUTORS OF          )   CASE NO. 07-05060 CW
EVANSVILLE, an Indiana limited liability )
16 | company,                            )   **STIPULATION TO CONTINUE CASE**
                                     )   **MANAGEMENT CONFERENCE AND**
17 |            Plaintiff,              )   **[PROPOSED] ORDER**
                                     )
18 |      vs.                          )   Date:        January 29, 2008
                                     )   Time:        2:00 p.m.
19 | EDY'S GRAND ICE CREAM, a California  )   Place:       Courtroom 2, 4th Floor
corporation,                         )   Judge:       The Honorable Claudia Wilken
20 |                                    )
            Defendant.               )
21 | _____  )

22 |

23 |            The parties to this action, Ice Cream Distributors of Evansville ("ICD") and Dreyer's

24 | Grand Ice Cream, Inc. and Edy's Grand Ice Cream (collectively "Dreyer's") jointly request the Court

25 | continue the Case Management Conference scheduled for January 29, 2008, at 2:00 p.m. for 60 days.

26 |            The continuance is requested because an Involuntary Petition for Bankruptcy was filed

27 | against ICD in the United States Bankruptcy Court for the Western District of Kentucky, Case No. 07-

28 | 33484 (the "Bankruptcy Litigation").  An Order of Relief was subsequently entered and ICD is currently

1   in bankruptcy.  Accordingly, the assets of ICD, including ICD's claims herein are under the control and

2   direction of the United States Bankruptcy Trustee ("Trustee") appointed in the Bankruptcy Litigation.

3   Counsel for ICD has advised counsel for Dreyer's that ICD is currently in discussions with various

4   lenders and the Trustee regarding ICD obtaining debtor in possession financing which would allow ICD

5   to pursue its claims herein.  ICD has been advised by potential lenders that it should receive a response

6   to its applications by mid-February 2008.  Upon approval of such funding, ICD will then be required

7   to file a Motion in the Bankruptcy Litigation seeking the approval of the debtor in possession financing.

8   ICD believes that it can obtain the approval of the Bankruptcy Court of its debtor in possession

9   financing within 30 days of the approval of such funding in mid-February by a lender.  Until such

10  financing is obtained counsel for ICD cannot determine whether he can continue his representation of

11  ICD herein and thus present a realistic schedule for completing this litigation.  Based upon the

12  representations of ICD's counsel regarding ICD's efforts to obtain debtor in possession financing, ICD

13  and Dreyer's have agreed and stipulate to a continuance of the Case Management Conference to March

14  25, 2008, at 2:00 p.m.

15          There have been two prior continuances of the Case Management Conference as a result

16  of ICD's bankruptcy and pursuant to stipulation.  The first continuance was from November 13, 2007

17  to December 18, 2007.  The second continuance was from December 18, 2007 to January 29, 2008.

18          The requested continuance would not have an effect on the schedule of the case as the

19  Case Management Conference has not yet occurred and a scheduling order has not been entered.

20

21  DATED: January 22, 2008                    Respectfully submitted,

22                                             RIECK AND CROTTY, P.C.

23                                             By: _____/s/ Kevin P. Brown_____
                                                   KEVIN P. BROWN
24                                                 Attorney for Plaintiff
                                                   Ice Cream Distributors of Evansville
25

26

27

28

1    DATED: January 22, 2008                Respectfully submitted,

2                                            TOWNSEND AND TOWNSEND AND CREW LLP

3

4                                            By:  ____/s/ Iris Sockel Mitrakos_____
                                                 IRIS SOCKEL MITRAKOS
                                                 Attorney for Defendant
5                                                EDY'S GRAND ICE CREAM, INC.

6

7                                            **ORDER**

        PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  The Case Management
8
    Conference is continued to March 25, 2008, at 2:00 p.m.
9
        **DATED: _____, 2008**
10

11

12                                           _____

13                                           UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

CERTIFICATE OF SERVICE
EFILING ACTION USDC FOR NORTHERN DISTRICT OF CALIFORNIA

3

I, KEVIN P. BROWN, declare and state as follows:

4

5

I am employed by the office of the Bar of this Court at whose direction this service is made in the County of Cook, City of Chicago, and State of Illinois. I am over the age of eighteen and not a party to the within action. My business address is 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603.

6

On December 13, 2007, I served the foregoing document(s) described as:

7

**REQUEST OF PLAINTIFF TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER**

8

9

10

**X**   **BY MAIL:** I am readily familiar with the firm's practice for collection and processing for mailing with the United States Post Service. Under that practice, mail is deposited with the United States Postal Service, that same day, with postage fully prepaid at the postal service collection box at 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603. The envelope(s) are sealed and placed in collection for that same day following ordinary course of business.

11

12

13

Iris Sockel Mitrakos, Esq.
Townsend and Townsend and Crew, LLP
12730 High Bluff Drive, Suite 400
San Diego, California 92130

14

15

16

**X**   **BY EMAIL:** I am readily familiar with the firm's practice for sending and receiving email copies at 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603. The document(s) are sent with confirmation that the documents have been sent for that same day following ordinary course of business.

17

18

19

Iris Sockel Mitrakos, Esq.
Townsend and Townsend and Crew, LLP
12730 High Bluff Drive, Suite 400
San Diego, California 92130
ismitralos@townsend.com

20

21

Executed on January 22, 2008, at Chicago, Illinois. I declare under penalty of perjury under the laws of the State of Illinois and the United States that the forgoing is true and correct.

22

23

_____/s/ Kevin P. Brown_____
Kevin P. Brown

24

25

26

27

28