KEVIN P. BROWN
RIECK AND CROTTY, P.C.
55 West Monroe Street, Suite 3390
Chicago, IL 60603-5602
Telephone: (312) 726-4646
Facsimile: (312) 578-9593
Email: kbrown@rieckcrotty.com

MICHAEL R. SIMMONDS (SBN 96238)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
msimmonds@snllp.com
jtopor@snllp.com

Attorneys for Plaintiff
Ice Cream Distributors of Evansville

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, an Indiana limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>EDY'S GRAND ICE CREAM, a California corporation,<br><br>    Defendant. | CASE NO. 07-05060 CW<br><br>**REQUEST OF PLAINTIFF TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER**<br><br>Date:    January 29, 2008<br>Time:    2:00 p.m.<br>Place:    Courtroom 2, 4th Floor<br>Judge:    The Honorable Claudia Wilken |

Pursuant to Civil Local Rule 16-10(a), Plaintiff, Ice Cream Distributors of Evansville requests permission to participate in the Case Management Conference scheduled for January 29, 2008, at 2:00 p.m. in the above-entitled Court by telephone.

1  Ice Cream Distributors of Evansville will be represented at the Case Management
2  Conference by Kevin P. Brown, whose number is (312) 726-4646. Counsel will make arrangements
3  with the Court's teleconference services for the telephonic appearance

DATED: December 13, 2007

Respectfully submitted,

RIECK AND CROTTY, P.C.
KEVIN P. BROWN

By:      /s/ Kevin P. Brown
        Kevin P. Brown
        Attorney for Plaintiff
        Ice Cream Distributors of Evansville

**ORDER**

IT IS SO ORDERED.

**DATED: _____, 2008**

_____
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
EFILING ACTION USDC FOR NORTHERN DISTRICT OF CALIFORNIA

I, KEVIN P. BROWN, declare and state as follows:

I am employed by the office of the Bar of this Court at whose direction this service is made in the County of Cook, City of Chicago, and State of Illinois. I am over the age of eighteen and not a party to the within action. My business address is 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603.

On December 13, 2007, I served the foregoing document(s) described as:

**REQUEST OF PLAINTIFF TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER**

 **X**   **BY MAIL:** I am readily familiar with the firm's practice for collection and processing for mailing with the United States Post Service. Under that practice, mail is deposited with the United States Postal Service, that same day, with postage fully prepaid at the postal service collection box at 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603. The envelope(s) are sealed and placed in collection for that same day following ordinary course of business.

Iris Sockel Mitrakos, Esq.
Townsend and Townsend and Crew, LLP
12730 High Bluff Drive, Suite 400
San Diego, California 92130

 **X**   **BY EMAIL:** I am readily familiar with the firm's practice for sending and receiving email copies at 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603. The document(s) are sent with confirmation that the documents have been sent for that same day following ordinary course of business.

Iris Sockel Mitrakos, Esq.
Townsend and Townsend and Crew, LLP
12730 High Bluff Drive, Suite 400
San Diego, California 92130
ismitralos@townsend.com

Executed on January 22, 2008, at Chicago, Illinois. I declare under penalty of perjury under the laws of the State of Illinois and the United States that the forgoing is true and correct.

   /s/ Kevin P. Brown
      Kevin P. Brown