TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jggilliland@townsend.com

IRIS SOCKEL MITRAKOS (State Bar No. 190162)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
ismitrakos@townsend.com

ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
rdtadlock@townsend.com

Attorneys for Defendant
EDY'S GRAND ICE CREAM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>EDY'S GRAND ICE CREAM, INC.,<br><br>            Defendant. | Case No.  C07-05060 CW<br><br>**REQUEST OF DEFENDANT TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER**<br><br>Date:      **January 29, 2008**<br>Time:     **2:00 p.m.**<br>Place:    **Courtroom 2, 4th Floor**<br><br>Judge:    **The Honorable Claudia Wilken**<br><br>Petition Filed:      **January 9, 2007** |

1

1  Pursuant to Civil Local Rule 16-10(a), Defendant Edy's Grand Ice Cream, Inc. requests
2  permission to participate in the Case Management Conference scheduled for January 29, 2008 at
3  2:00 p.m. in the above-entitled Court by telephone.
4  Edy's will be represented at the Case Management Conference by Iris Sockel Mitrakos, whose
5  direct number is (858) 350-6153. Counsel will make arrangements with the Court's teleconference
6  services for the telephonic appearance.

DATED: January 22, 2008        Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By:  /s/ Iris Sockel Mitrakos
     IRIS SOCKEL MITRAKOS
     Attorneys for Defendant
     EDY'S GRAND ICE CREAM, INC.


**O R D E R**

IT IS SO ORDERED.

**DATED: _____, 2007**

_____
UNITED STATES DISTRICT COURT JUDGE