1  KEVIN P. BROWN
   RIECK AND CROTTY, P.C.
2  55 West Monroe Street, Suite 3390
   Chicago, IL  60603-5602
3  Telephone:  (312) 726-4646
   Facsimile:  (312) 578-9593
4  Email: kbrown@rieckcrotty.com

5  MICHAEL R. SIMMONDS (SBN 96238)
   JEFFREY A. TOPOR (SBN 195545)
6  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
7  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
8  Facsimile:  (415) 352-2625
   msimmonds@snllp.com
9  jtopor@snllp.com

10 Attorneys for Plaintiff
   Ice Cream Distributors of Evansville

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, an Indiana limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDY'S GRAND ICE CREAM, a California corporation,<br><br>　　　　Defendant. | CASE NO. 07-05060 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Date:　　January 29, 2008<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 2, 4th Floor<br>Judge:　　The Honorable Claudia Wilken |

　　　　The parties to this action, Ice Cream Distributors of Evansville ("ICD") and Dreyer's Grand Ice Cream, Inc. and Edy's Grand Ice Cream (collectively "Dreyer's") jointly request the Court continue the Case Management Conference scheduled for January 29, 2008, at 2:00 p.m. for 60 days.

　　　　The continuance is requested because an Involuntary Petition for Bankruptcy was filed against ICD in the United States Bankruptcy Court for the Western District of Kentucky, Case No. 07-33484 (the "Bankruptcy Litigation"). An Order of Relief was subsequently entered and ICD is currently

1  in bankruptcy.  Accordingly, the assets of ICD, including ICD's claims herein are under the control and
2  direction of the United States Bankruptcy Trustee ("Trustee") appointed in the Bankruptcy Litigation.
3  Counsel for ICD has advised counsel for Dreyer's that ICD is currently in discussions with various
4  lenders and the Trustee regarding ICD obtaining debtor in possession financing which would allow ICD
5  to pursue its claims herein.  ICD has been advised by potential lenders that it should receive a response
6  to its applications by mid-February 2008.  Upon approval of such funding, ICD will then be required
7  to file a Motion in the Bankruptcy Litigation seeking the approval of the debtor in possession financing.
8  ICD believes that it can obtain the approval of the Bankruptcy Court of its debtor in possession
9  financing within 30 days of the approval of such funding in mid-February by a lender.  Until such
10 financing is obtained counsel for ICD cannot determine whether he can continue his representation of
11 ICD herein and thus present a realistic schedule for completing this litigation.  Based upon the
12 representations of ICD's counsel regarding ICD's efforts to obtain debtor in possession financing, ICD
13 and Dreyer's have agreed and stipulate to a continuance of the Case Management Conference to March
14 25, 2008, at 2:00 p.m.

15           There have been two prior continuances of the Case Management Conference as a result
16 of ICD's bankruptcy and pursuant to stipulation.  The first continuance was from November 13, 2007
17 to December 18, 2007.  The second continuance was from December 18, 2007 to January 29, 2008.

18           The requested continuance would not have an effect on the schedule of the case as the
19 Case Management Conference has not yet occurred and a scheduling order has not been entered.

21 DATED: January 22, 2008                     Respectfully submitted,

22                                             RIECK AND CROTTY, P.C.

23                                             By:      /s/ Kevin P. Brown
                                                    KEVIN P. BROWN
24                                                  Attorney for Plaintiff
                                                    Ice Cream Distributors of Evansville

ICE CREAM DISTRIBUTORS V. EDY'S GRAND ICE CREAM  (CASE NO. 07-05060 CW)
STIPULATION TO CONTINUE CASE MANAGEMENT AND [PROPOSED] ORDER                    2.

1 | DATED: January 22, 2008           Respectfully submitted,

2 |                                   TOWNSEND AND TOWNSEND AND CREW LLP

3

4 |                                   By:    /s/ Iris Sockel Mitrakos
                                          IRIS SOCKEL MITRAKOS
                                          Attorney for Defendant
5 |                                       EDY'S GRAND ICE CREAM, INC.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. The Case Management Conference is continued to March 25, 2008, at 2:00 p.m.

**DATED: January 24, 2008**

*[signature: Claudia Wilken]*

UNITED STATES DISTRICT COURT JUDGE