KEVIN P. BROWN
RIECK AND CROTTY, P.C.
55 West Monroe Street, Suite 3390
Chicago, IL   60603-5602
Telephone:  (312) 726-4646
Facsimile:  (312) 578-9593
Email: kbrown@rieckcrotty.com

MICHAEL R. SIMMONDS (SBN 96238)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
msimmonds@snllp.com
jtopor@snllp.com

Attorneys for Plaintiff
Ice Cream Distributors of Evansville

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, an Indiana limited liability company,<br><br>                    Plaintiff,<br><br>        vs.<br><br>EDY'S GRAND ICE CREAM, a California corporation,<br><br>                    Defendant. | CASE NO. 07-05060 CW<br><br>**REQUEST OF PLAINTIFF TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND ORDER DENYING REQUEST WITHOUT PREJUDICE**<br><br>Date:      January 29, 2008<br>Time:     2:00 p.m.<br>Place:    Courtroom 2, 4th Floor<br>Judge:   The Honorable Claudia Wilken |

Pursuant to Civil Local Rule 16-10(a), Plaintiff, Ice Cream Distributors of Evansville requests permission to participate in the Case Management Conference scheduled for January 29, 2008, at 2:00 p.m. in the above-entitled Court by telephone.

1   Ice Cream Distributors of Evansville will be represented at the Case Management
2   Conference by Kevin P. Brown, whose number is (312) 726-4646. Counsel will make arrangements
3   with the Court's teleconference services for the telephonic appearance

DATED: December 13, 2007

Respectfully submitted,

RIECK AND CROTTY, P.C.
KEVIN P. BROWN

By: _____/s/ Kevin P. Brown_____
        Kevin P. Brown
        Attorney for Plaintiff
        Ice Cream Distributors of Evansville

**ORDER**

**THE CASE MANAGEMENT CONFERENCE WAS CONTINUED TO MARCH 25, 2008. THE REQUEST IS DENIED WITHOUT PREJUDICE TO RESUBMITTING SEVEN DAYS PRIOR TO THE NEW CASE MANAGEMENT CONFERENCE DATE.**

**IT IS SO ORDERED.**

**DATED:** _____January 24_____, 2008

_Claudia Wilken_
_____
UNITED STATES DISTRICT COURT JUDGE