TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jggilliland@townsend.com

IRIS SOCKEL MITRAKOS (State Bar No. 190162)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
ismitrakos@townsend.com

ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
rdtadlock@townsend.com

Attorneys for Defendant
EDY'S GRAND ICE CREAM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDY'S GRAND ICE CREAM, INC.,<br><br>Defendant. | Case No. C07-05060 CW<br><br>**ORDER DENYING WITHOUT PREJUDICT REQUEST OF DEFENDANT TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY**<br><br>Date:     January 29, 2008<br>Time:     2:00 p.m.<br>Place:    Courtroom 2, 4th Floor<br><br>Judge:    The Honorable Claudia Wilken<br><br>Petition Filed:   January 9, 2007 |

1

**Request Of Defendant To Attend Case Management Conference Telephonically And [Proposed] Order**
**Case No. C07-05060 CW**

1 | Pursuant to Civil Local Rule 16-10(a), Defendant Edy's Grand Ice Cream, Inc. requests permission to participate in the Case Management Conference scheduled for January 29, 2008 at 2:00 p.m. in the above-entitled Court by telephone.

Edy's will be represented at the Case Management Conference by Iris Sockel Mitrakos, whose direct number is (858) 350-6153. Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

DATED: January 25, 2008        Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By:   /s/ Iris Sockel Mitrakos
      IRIS SOCKEL MITRAKOS
      Attorneys for Defendant
      EDY'S GRAND ICE CREAM, INC.


**O R D E R**

THE CASE MANAGEMENT CONFERENCE WAS CONTINUED TO MARCH 25, 2008. THE REQUEST IS DENIED WITHOUT PREJUDICE TO RESUBMITTING SEVEN DAYS PRIOR TO THE NEW CASE MANAGEMENT CONFERENCE DATE.

IT IS SO ORDERED.

**DATED: 1/25/08**

UNITED STATES DISTRICT COURT JUDGE