1 | KEVIN P. BROWN
RIECK AND CROTTY, P.C.
2 | 55 West Monroe Street, Suite 3390
Chicago, IL   60603-5602
3 | Telephone:  (312) 726-4646
Facsimile:  (312) 578-9593
4 | Email: kbrown@rieckcrotty.com

5 | MICHAEL R. SIMMONDS (SBN 96238)
JEFFREY A. TOPOR (SBN 195545)
6 | SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
7 | San Francisco, CA 94104-4816
Telephone: (415) 283-1000
8 | Facsimile:  (415) 352-2625
msimmonds@snllp.com
9 | jtopor@snllp.com

10 | Attorneys for Plaintiff
Ice Cream Distributors of Evansville

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

OAKLAND DIVISION

14

15 | ICE CREAM DISTRIBUTORS OF          ) CASE NO. 07-05060 CW
EVANSVILLE, an Indiana limited liability  )
16 | company,                           ) **STIPULATION TO CONTINUE CASE**
                                       ) **MANAGEMENT CONFERENCE AND**
17 |          Plaintiff,                ) **ORDER AS MODIFIED**
                                       )
18 |     vs.                            ) Date:       March 25, 2008
                                       ) Time:       2:00 p.m.
19 | EDY'S GRAND ICE CREAM, a California ) Place:      Courtroom 2, 4th Floor
corporation,                           ) Judge:      The Honorable Claudia Wilken
20 |                                    )
         Defendant.                     )
21 | ——————————————————————            )

22

23 |         The parties to this action, Ice Cream Distributors of Evansville ("ICD") and Dreyer's

24 | Grand Ice Cream, Inc. and Edy's Grand Ice Cream (collectively "Dreyer's") jointly request the Court

25 | continue the Case Management Conference scheduled for March 25, 2008, at 2:00 p.m. for 60 days.

26 |         As the Court is aware from the prior stipulations requesting a continuance herein, an

27 | Involuntary Petition for Bankruptcy was filed against ICD in the United States Bankruptcy Court for

28 | the Western District of Kentucky, Case No. 07-33484 (the "Bankruptcy Litigation").  An Order of

1   Relief was subsequently entered and ICD is currently in bankruptcy.  Accordingly, the assets of ICD,

2   including ICD's claims herein, are under the control and direction of the United States Bankruptcy

3   Trustee ("Trustee") appointed in the Bankruptcy Litigation.  The bankruptcy remains pending and

4   counsel for ICD has not received any direction on how the Trustee intends to proceed with respect to

5   the present litigation.

6          As the Court is also aware from the prior stipulation requesting a continuance herein,

7   ICD is currently in discussions with various lenders and the Trustee regarding ICD obtaining debtor in

8   possession financing which would allow ICD to pursue its claims herein.  ICD had been advised by

9   potential lenders that ICD should receive a response to its applications by mid-February 2008.  As of

10  the filing of this Motion, the lenders have requested additional information which ICD is in the process

11  of providing but ICD has not received and approval or a denial of request for funding.

12         Should ICD receive approval of such funding, ICD will be required to file a Motion in

13  the Bankruptcy Litigation seeking the approval of the debtor in possession financing.  ICD believes that

14  it can obtain the approval of the Bankruptcy Court of its debtor in possession financing within 30 days

15  of the approval of such funding by a lender.  If ICD is required to proceed without funding, it will be

16  unable to pay counsel and counsel will be required to withdraw.  Counsel's withdrawal would likely

17  result in this matter being dismissed and ICD being unable to pursue its claims.  Accordingly, ICD

18  requests a continuance of the Case Management Conference to May 28, 2008, at 2:00 p.m.

19         Counsel for ICD has spoken to Counsel for Dreyer's and Dreyer's has agreed and

20  stipulates to a continuance of the Case Management Conference to May 28, 2008, at 2:00 p.m.

21         There have been three prior continuances of the Case Management Conference as a result

22  of ICD's bankruptcy and pursuant to stipulation.  The first continuance was from November 13, 2007

23  to December 18, 2007.  The second continuance was from December 18, 2007 to January 29, 2008.  The

24  third continuance was from January 29, 2008 to March 25, 2008.

25

26

27

28

1          The requested continuance would not have an effect on the schedule of the case as the

2    Case Management Conference has not yet occurred and a scheduling order has not been entered.

3

4    DATED: March 18, 2008                    Respectfully submitted,

5                                             RIECK AND CROTTY, P.C.

6                                             By:  _____/s/ Kevin P. Brown_____
                                                  KEVIN P. BROWN
7                                                 Attorney for Plaintiff
                                                  Ice Cream Distributors of Evansville
8    DATED: March 18, 2008                    Respectfully submitted,

9                                             TOWNSEND AND TOWNSEND AND CREW LLP

10

11                                            By:  _____/s/ Iris Sockel Mitrakos_____
                                                  IRIS SOCKEL MITRAKOS
12                                                Attorney for Defendant
                                                  EDY'S GRAND ICE CREAM, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## **ORDER**

3
    PURSUANT TO THE STIPULATION, IT IS SO ORDERED.   The Case Management

Conference is continued to **June 10, 2008, at 2:00 p.m.**

4

**DATED:  3/20/ 2008**

5

6
_____

7
UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28