TOWNSEND AND TOWNSEND AND CREW LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jggilliland@townsend.com

IRIS SOCKEL MITRAKOS (State Bar No. 190162)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
ismitrakos@townsend.com

ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
rdtadlock@townsend.com

Attorneys for Defendant
EDY'S GRAND ICE CREAM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDY'S GRAND ICE CREAM, INC.,<br><br>Defendant. | Case No. C07-05060 CW<br><br>**ORDER DENYING AS MOOT REQUEST OF DEFENDANT TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY**<br><br>**Date:** **March 25, 2008**<br>**Time:** **2:00 p.m.**<br>**Place:** **Courtroom 2, 4th Floor**<br><br>**Judge:** **The Honorable Claudia Wilken**<br><br>**Petition Filed:** **January 9, 2007** |

1

**Request Of Defendant To Attend Case Management Conference Telephonically And [Proposed] Order**
**Case No. C07-05060 CW**

1     Pursuant to Civil Local Rule 16-10(a), Defendant Edy's Grand Ice Cream, Inc. requests
2 permission to participate in the Case Management Conference scheduled for March 25, 2008 at
3 2:00 p.m. in the above-entitled Court by telephone.

4     Edy's will be represented at the Case Management Conference by Iris Sockel Mitrakos, whose
5 direct number is (858) 350-6153.  Counsel will make arrangements with the Court's teleconference
6 services for the telephonic appearance.

7 DATED:  March 20, 2008        Respectfully submitted,

8                        TOWNSEND AND TOWNSEND AND CREW LLP

10                 By:  /s/ Iris Sockel Mitrakos
11                     IRIS SOCKEL MITRAKOS
                    Attorneys for Defendant
12                     EDY'S GRAND ICE CREAM, INC.

**O R D E R**

15     REQUEST IS DENIED AS MOOT.  CASE MANAGEMENT CONFERENCE CONTINUED
16 TO 6/10/08 AT 2:00 P.M.

17     3/20/08

18 **DATED:** _____,        /s/ Claudia Wilken

20                     UNITED STATES DISTRICT COURT JUDGE