1  KEVIN P. BROWN
   RIECK AND CROTTY, P.C.
2  55 West Monroe Street, Suite 3390
   Chicago, IL  60603-5602
3  Telephone:  (312) 726-4646
   Facsimile:  (312) 578-9593
4  Email: kbrown@rieckcrotty.com

5  MICHAEL R. SIMMONDS (SBN 96238)
   JEFFREY A. TOPOR (SBN 195545)
6  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
7  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
8  Facsimile:   (415) 352-2625
   msimmonds@snllp.com
9  jtopor@snllp.com

10
   Attorneys for Plaintiff
11 Ice Cream Distributors of Evansville

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                            OAKLAND DIVISION
15

16 ICE CREAM DISTRIBUTORS OF            ) CASE NO. 07-05060 CW
   EVANSVILLE, an Indiana limited liability )
17 company,                              ) **ORDER DENYING AS MOOT REQUEST**
                                         ) **OF PLAINTIFF TO ATTEND CASE**
18         Plaintiff,                    ) **MANAGEMENT CONFERENCE**
                                         ) **TELEPHONICALLY**
19     vs.                               )
                                         ) Date:    March 25, 2008
20 EDY'S GRAND ICE CREAM, a California   ) Time:    2:00 p.m.
   corporation,                          ) Place:   Courtroom 2, 4th Floor
21                                       ) Judge:   The Honorable Claudia Wilken
           Defendant.                    )
22 ─────────────────────────────────     )

23
           Pursuant to Civil Local Rule 16-10(a), Plaintiff, Ice Cream Distributors of Evansville
24
   requests permission to participate in the Case Management Conference scheduled for March 25, 2008,
25
   at 2:00 p.m. in the above-entitled Court by telephone.
26

27

28

1  Ice Cream Distributors of Evansville will be represented at the Case Management
2 Conference by Kevin P. Brown, whose number is (312) 726-4646. Counsel will make arrangements
3 with the Court's teleconference services for the telephonic appearance

DATED: March 18, 2008

Respectfully submitted,

RIECK AND CROTTY, P.C.
KEVIN P. BROWN

By:   /s/ Kevin P. Brown
            Kevin P. Brown
        Attorney for Plaintiff
    Ice Cream Distributors of Evansville

**ORDER**

REQUEST IS DENIED AS MOOT.  CASE MANAGEMENT CONFERENCE CONTINUED TO JUNE 10, 2008, AT 2:00 P.M.

**DATED:** \_\_\_\_3/20_____, **2008**

_____
UNITED STATES DISTRICT COURT JUDGE