1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4  jggilliland@townsend.com

5  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
   12730 High Bluff Drive, Suite 400
6  San Diego, California 92130
   Telephone: (858) 350-6100
7  Facsimile: (858) 350-6111
   ismitrakos@townsend.com
8
   ROBERT D. TADLOCK (State Bar No. 238479)
9  379 Lytton Avenue
   Palo Alto, California 94301
10 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
11 rdtadlock@townsend.com

12 Attorneys for Defendant
13 EDY'S GRAND ICE CREAM, INC.

14                UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                      (OAKLAND DIVISION)

17

18 | ICE CREAM DISTRIBUTORS OF | Case No. C07-05060 CW |
   | EVANSVILLE, LLC, | |
19 | | **REQUEST OF DEFENDANT TO ATTEND** |
   | Plaintiff, | **CASE MANAGEMENT CONFERENCE** |
20 | | **TELEPHONICALLY AND [PROPOSED]** |
   | v. | **ORDER** |
21 | | |
   | EDY'S GRAND ICE CREAM, INC., | **Date:       June 10, 2008** |
22 | | **Time:       2:00 p.m.** |
   | Defendant. | **Place:      Courtroom 2, 4th Floor** |
23 | | |
   | | **Judge:      The Honorable Claudia Wilken** |
24 | | |
   | | **Petition Filed:      January 9, 2007** |
25

26

27

28

                                1

1       Pursuant to Civil Local Rule 16-10(a), Defendant Edy's Grand Ice Cream, Inc. requests

2  permission to participate in the Case Management Conference scheduled for June 10, 2008 at

3  2:00 p.m. in the above-entitled Court by telephone.

4       Edy's will be represented at the Case Management Conference by Iris Sockel Mitrakos, whose

5  direct number is (858) 350-6153.  Counsel will make arrangements with the Court's teleconference

6  services for the telephonic appearance.

7  DATED:  May 29, 2008         Respectfully submitted,

8                  TOWNSEND AND TOWNSEND AND CREW LLP

9

10                  By:  ___/s/ Iris Sockel Mitrakos_____

11                      IRIS SOCKEL MITRAKOS
                    Attorneys for Defendant

12                      EDY'S GRAND ICE CREAM, INC.

13

14                   **O R D E R**

15       IT IS SO ORDERED.

16  **DATED: _____, 2008**

17                    _____
                   UNITED STATES DISTRICT COURT JUDGE

18

19

20  61384906 v1

21

22

23

24

25

26

27

28

1

2

### CERTIFICATE OF SERVICE
### EFILING ACTION USDC FOR NORTHERN DISTRICT OF CALIFORNIA

3

I, KNOXANN M. ARMIJO, declare and state as follows:

4      I am employed by the office of a member of the Bar of this Court at whose direction this service is made in the County and City of San Diego, State of California. I am over the age of eighteen and not a party to the within action. My business address is 12730 High Bluff Drive,

5    Suite 400, San Diego, California, 92130.

6      On May 29, 2008, I served the foregoing document(s) described as:

7

### REQUEST OF DEFENDANT TO ATTEND CASE MANAGEMENT CONFERENCE

8    **TELEPHONICALLY AND [PROPOSED] ORDER**

9

__x__    **BY MAIL:** I am readily familiar with the firm's practice for collection and processing for

10    mailing with the United States Post Service. Under that practice, mail is deposited with the United States Postal Service, that same day, with postage fully prepaid at the postal service

11    collection box at 12730 High Bluff Drive, Suite 400, San Diego, California, 92130. The envelope(s) are sealed and placed in collection for that same day following ordinary course of

12    business.

13

| Michael R. Simmonds, Esq.<br>Wineberg, Simmonds & Narita LLP | Kevin Patrick Brown, Esq.<br>Rieck and Crotty, P.C. |
|---|---|
| 44 Montgomery Street<br>Suite 3880<br>San Francisco  CA  94104 | 55 West Monroe Street<br>Suite 3390<br>Chicago, IL 60603 |

14

15

16

__x__    **BY EMAIL:** I am readily familiar with the firm's practice for sending and receiving email

17    copies at 12730 High Bluff Drive, Suite 400, San Diego, California, 92130. The document(s) are send with confirmation that the documents have been sent for that same day following

18    ordinary course of business.

19

| Michael R. Simmonds, Esq.<br>Wineberg, Simmonds & Narita LLP | Kevin Patrick Brown, Esq.<br>Rieck and Crotty, P.C. |
|---|---|
| 44 Montgomery Street<br>Suite 3880<br>San Francisco  CA  94104 | 55 West Monroe Street<br>Suite 3390<br>Chicago, IL 60603 |
| msimmonds@snllp.com | kbrown@rieckcrotty.com |

20

21

22

23      Executed on May 29, 2008, at San Diego, California. I declare under penalty of perjury under

24    the laws of the State of California and the United States that the forging is true and correct.

25

26

_____
27                                    KNOXANN M. ARMIJO

28    61384906 v1

3