1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4  jggilliland@townsend.com

5  IRIS SOCKEL MITRAKOS (State Bar No. 190162)
   12730 High Bluff Drive, Suite 400
6  San Diego, California 92130
   Telephone: (858) 350-6100
7  Facsimile: (858) 350-6111
   ismitrakos@townsend.com
8
   ROBERT D. TADLOCK (State Bar No. 238479)
9  379 Lytton Avenue
   Palo Alto, California 94301
10 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
11 rdtadlock@townsend.com

12 Attorneys for Defendant
   EDY'S GRAND ICE CREAM, INC.
13

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>EDY'S GRAND ICE CREAM, INC.,<br><br>              Defendant. | Case No.  C07-05060 CW<br><br>**REQUEST OF DEFENDANT TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND ORDER**<br><br>Date:     June 10, 2008<br>Time:    2:00 p.m.<br>Place:    Courtroom 2, 4th Floor<br><br>Judge:    The Honorable Claudia Wilken<br><br>Petition Filed:     January 9, 2007 |

1

1  Pursuant to Civil Local Rule 16-10(a), Defendant Edy's Grand Ice Cream, Inc. requests
2  permission to participate in the Case Management Conference scheduled for June 10, 2008 at
3  2:00 p.m. in the above-entitled Court by telephone.
4  Edy's will be represented at the Case Management Conference by Iris Sockel Mitrakos, whose
5  direct number is (858) 350-6153.  Counsel will make arrangements with the Court's teleconference
6  services for the telephonic appearance.

7  DATED:  June 4, 2008                Respectfully submitted,
8                                      TOWNSEND AND TOWNSEND AND CREW LLP
9
10                                     By:    /s/ Iris Sockel Mitrakos
11                                          IRIS SOCKEL MITRAKOS
                                            Attorneys for Defendant
12                                          EDY'S GRAND ICE CREAM, INC.
13
                                     **O R D E R**
14
15  IT IS SO ORDERED.
16        6/4/08
17  **DATED:  _____, 2008**
18                                     _____
                                       UNITED STATES DISTRICT COURT JUDGE
19
20
21  61384906 v1
22
23
24
25
26
27
28

**2**
**Request Of Defendant To Attend Case Management Conference Telephonically And [Proposed] Order**
**Case No. C07-05060 CW**