KEVIN P. BROWN
RIECK AND CROTTY, P.C.
55 West Monroe Street, Suite 3390
Chicago, IL 60603-5602
Telephone: (312) 726-4646
Facsimile: (312) 578-9593
Email: kbrown@rieckcrotty.com

MICHAEL R. SIMMONDS (SBN 96238)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
msimmonds@snllp.com
jtopor@snllp.com

Attorneys for Plaintiff
Ice Cream Distributors of Evansville

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ICE CREAM DISTRIBUTORS OF EVANSVILLE, an Indiana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EDY'S GRAND ICE CREAM, a California corporation,<br><br>Defendant. | CASE NO. 07-05060 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND** [PROPOSED] **ORDER  AS MODIFIED**<br><br>Date: June 10, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: The Honorable Claudia Wilken |

The parties to this action, Ice Cream Distributors of Evansville ("ICD") and Dreyer's Grand Ice Cream, Inc. and Edy's Grand Ice Cream (collectively "Dreyer's") jointly request the Court continue the Case Management Conference scheduled for June 10, at 2:00 p.m. until September 24, 2008.

As the Court is aware from the prior stipulations requesting a continuance herein, an Involuntary Petition for Bankruptcy was filed against ICD in the United States Bankruptcy Court for

the Western District of Kentucky, Case No. 07-33484 (the "Bankruptcy Litigation"). An Order of Relief was subsequently entered and ICD is currently in bankruptcy. Accordingly, the assets of ICD, including ICD's claims herein, are under the control and direction of the United States Bankruptcy Trustee ("Trustee") appointed in the Bankruptcy Litigation. The bankruptcy remains pending and counsel for ICD has not received any direction on how the Trustee intends to proceed with respect to the present litigation.

As the Court is also aware from the prior stipulation requesting a continuance herein, ICD is currently in discussions with various lenders and the Trustee regarding ICD obtaining debtor in possession financing which would allow ICD to pursue its claims herein. ICD had been advised by potential lenders that ICD should receive a response to its applications by June 2008 upon the submission of additional information requested by the lender. In order to obtain that information, ICD will need to conduct a Rule 2004 examine in the Bankruptcy proceeding. After discussion with the attorney for the party to be deposed regarding scheduling, the Motion for leave to take the 2004 examine is June 17, 2008 and the actual examination is scheduled for June 25, 2008. Thereafter, transcripts will have to be prepared and provided to the lender for review. Accordingly the lender will need an additional four to six weeks after the examination to advise ICD whether it will proceed with the financing.

Thereafter, Should ICD receive approval of such funding, ICD will be required to file a Motion in the Bankruptcy Litigation seeking the approval of the debtor in possession financing. ICD believes that it can obtain the approval of the Bankruptcy Court of its debtor in possession financing within 30 days of the approval of such funding by a lender. If ICD is required to proceed without funding, it will be unable to pay counsel and counsel will be required to withdraw. Counsel's withdrawal would likely result in this matter being dismissed and ICD being unable to pursue its claims. Accordingly, ICD requests a continuance of the Case Management Conference to September 24, 2008, at 2:00 p.m.

Counsel for ICD has spoken to Counsel for Dreyer's and Dreyer's has agreed and stipulates to a continuance of the Case Management Conference to September 24, 2008, at 2:00 p.m.

1    There have been four prior continuances of the Case Management Conference as a result of ICD's bankruptcy and pursuant to stipulation. The first continuance was from November 13, 2007 to December 18, 2007. The second continuance was from December 18, 2007 to January 29, 2008. The third continuance was from January 29, 2008 to March 25, 2008. The fourth continuance was from March 28, 2008 to June 10, 2008.

The requested continuance would not have an effect on the schedule of the case as the Case Management Conference has not yet occurred and a scheduling order has not been entered.

DATED: June 3, 2008                    Respectfully submitted,

RIECK AND CROTTY, P.C.

By:     /s/ Kevin P. Brown
KEVIN P. BROWN
Attorney for Plaintiff
Ice Cream Distributors of Evansville

DATED: June 3, 2008                    Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By:     /s/ Iris Sockel Mitrakos
IRIS SOCKEL MITRAKOS
Attorney for Defendant
EDY'S GRAND ICE CREAM, INC.

1
2                              **ORDER**                    / AS MODIFIED.
         PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  The Case Management
3                                          23
    Conference is continued to September ~~24~~, 2008, at 2:00 p.m.
4
    DATED: _____6/9_____, 2008
5

6                                          _____[signature]_____

7                                          UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
EFILING ACTION USDC FOR NORTHERN DISTRICT OF CALIFORNIA

I, KEVIN P. BROWN, declare and state as follows:

I am employed by the office of the Bar of this Court at whose direction this service is made in the County of Cook, City of Chicago, and State of Illinois. I am over the age of eighteen and not a party to the within action. My business address is 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603.

On June 3, 2008, I served the foregoing document(s) described as:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

__X__ **BY MAIL:** I am readily familiar with the firm's practice for collection and processing for mailing with the United States Post Service. Under that practice, mail is deposited with the United States Postal Service, that same day, with postage fully prepaid at the postal service collection box at 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603. The envelope(s) are sealed and placed in collection for that same day following ordinary course of business.

Iris Sockel Mitrakos, Esq.
Townsend and Townsend and Crew, LLP
12730 High Bluff Drive, Suite 400
San Diego, California 92130

__X__ **BY EMAIL:** I am readily familiar with the firm's practice for sending and receiving email copies at 55 West Monroe Street, Suite 3390, Chicago, Illinois, 60603. The document(s) are sent with confirmation that the documents have been sent for that same day following ordinary course of business.

Iris Sockel Mitrakos, Esq.
Townsend and Townsend and Crew, LLP
12730 High Bluff Drive, Suite 400
San Diego, California 92130
ismitralos@townsend.com

Executed on June 3, 2008, at Chicago, Illinois. I declare under penalty of perjury under the laws of the State of Illinois and the United States that the forgoing is true and correct.

    /s/ Kevin P. Brown
    Kevin P. Brown