United States District Court
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   ICE CREAM DISTRIBUTORS OF EVANSVILLE,          No. 07-05060 CW
    LLC,
6                                                  ORDER OF
             Plaintiff,                            DISMISSAL WITHOUT
7                                                  PREJUDICE
         v.
8
     EDY'S GRAND ICE CREAM, INC,
9
             Defendant.
10   _____/

11

12       On November 4, 2008, the Court issued an Order Granting

13   Withdrawal of Counsel for Plaintiff, wherein the Court set a case

14   management conference for December 2, 2008, and by that date

15   Plaintiff Ice Cream Distributors of Evansville ("ICD") was to be

16   represented by counsel or the case would be dismissed.   The case

17   management conference was held on December 2, 2008, and ICD was not

18   represented by counsel.   Accordingly,

19       IT IS HEREBY ORDERED that the above-captioned case is

20   dismissed without prejudice for failure to prosecute.

21

22

23       12/12/08                         _Claudia Wilken_

24   Dated _____        _____
                                         CLAUDIA WILKEN
25                                       United States District Judge

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ICE CREAM DISTRIBUTORS OF
EVANSVILLE LLC et al,

          Plaintiff,

  v.

EDY'S GRAND ICE CREAM INC et al,

          Defendant.
_____/

Case Number: CV07-05060 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mr. David W. Garrett - President
Ice Cream Distributors of Evansville, Inc.
10430 Driver Drive
Evansville, Indiana  47725

Dated: December 12, 2008

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California